IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA PERRY, | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 12-3312 |
| v. | : | |
| | : | |
| OXFORD LAW, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 29th day of August 2012, upon consideration of the motion to dismiss filed by defendant Cuzco (Document No. 4) and plaintiff's opposition thereto, it is hereby **ORDERED** that:

1. Defendant Cuzco's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** and all claims against it are **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff's request for leave to amend her complaint is **GRANTED**. Plaintiff shall file an amended complaint within thirty (30) days of the date of this order.

                                                                                            /s/ William H. Yohn Jr., Judge
                                                                                            William H. Yohn Jr., Judge