IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENDA PERRY                           :
                                       :    CIVIL ACTION
              v.                       :
                                       :    NO. 12-3312
OXFORD LAW, LLC                        :
                                       :

**ORDER SUBSTITUTING ARBITRATOR**

AND NOW, this         day of March, 2013, it is hereby

IT IS ORDERED THAT
Edward F. Silva, Esq., formerly appointed as arbitrator for the arbitration hearing scheduled on Tuesday, April 16, 2013, at 9:30 a.m., at James A Byrne Federal Courthouse, is REPLACED.

FURTHERMORE IT IS ORDERED THAT
E. Garrett Gummer, III, Esq., is APPOINTED to serve as arbitrator in this case on the date and time noted above.


                                       BY THE COURT:


                                        /s/ William H. Yohn, Jr.
                                       HONORABLE WILLIAM H. YOHN, JR.


ARB8 (2/01)