Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENDA PERRY,** | ) Case No. 2:12-cv-03312-WY |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| **OXFORD LAW, LLC;** | ) |
| Defendants | ) |
| _____ | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 11th day of April, 2013.

By: s/Cynthia Z. Levin
**Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff**

Notice of Settlement - 1

Filed electronically on this 11th day of April, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable William H. Yohn Jr.,
United States District Court
Eastern District of Pennsylvania

Mr. Michael McGuigan
McGuigan Law Office, LLC
311 Veteran s Highway
Suite 100A
Levittown PA 19056
Attorney for Defendant

This 11th day of April, 2013.

s/Todd M. Friedman
Todd M. Friedman